VANESSA R. WALSH (16180)
Assistant Utah Attorney General
DEREK E. BROWN (10476)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: vwalsh@agutah.gov

*Attorney for Defendant(s)*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Shay Ryan Berry,<br><br>Plaintiff,<br><br>v.<br><br>THE UTAH BOARD OF PARDONS AND PAROLE, an agency of the State of Utah; STATE OF UTAH; CARRIE L. COCHRAN; former chair of the BOP's board; GREG JOHNSON, member of the BOP's Board, and MIGUEL SOSA, parole agent;<br><br>Defendants. | **NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Case No.  2:25-cv-00084<br><br>Judge: |

Pursuant to 28 U.S.C. §§ 1441(a), 1443 and 1446, Defendants Utah Board of

Pardons and Parole, State of Utah, Carrie L. Cochran, Greg Johnson and Miguel

Sosa, by and through counsel, Vanessa R. Walsh, Assistant Utah Attorney General,

hereby give NOTICE OF REMOVAL of the civil action pending against him in the Third Judicial District for Salt Lake County, State of Utah, entitled *Shay Berry v. The Utah Board of Pardons, et al.* Case No. *250901680* to this Court.The grounds for removal are:

1.      This action was commenced on February 26, 2025, by the filing of a Complaint, in the Third District Court in and for Salt Lake County, State of Utah.

2.      Defendants received a copy of the Complaint on or about February 26, 2025.

3.      Plaintiff's Complaint contains a cause of action against Defendant for an alleged violations of federal civil rights under 42 U.S.C. § 1983.

4.      Based on Plaintiff's allegations of violations of civil rights, this Court has original jurisdiction of the above-entitled action pursuant 28 U.S.C. §1331, and this action may be removed to this Court pursuant to 28 U.S.C. §1441(a).

5.      Removal of this action is timely. Fewer than thirty days have elapsed since Defendants received a copy of the Complaint. The Complaint was the pleading from which it was first ascertained that the case is one that has become removable.  *See* 28 U.S.C. §1446(b).

6.      Pursuant to 28 U.S.C. §1446 (a), a copy of all process and pleadings that have been received by the Defendant are attached hereto as.

- Exhibit A - Civil Cover Sheet

- Exhibit B - State Court Docket 250901680

- Exhibit C - Complaint

7.    WHEREFORE, Defendants submits this Notice that the above-entitled matteris hereby removed from the Third Judicial District Court in and for Salt Lake County, State of Utah, in accordance with the provisions of 28 U.S.C. § 1446.

DATED: March 10, 2025

OFFICE OF THE UTAH
ATTORNEY GENERAL

*/s/ Vanessa R. Walsh*
VANESSA R. WALSH
Assistant Utah Attorney General
*Attorney for Defendants*

**CERTIFICATE OF MAILING**

I certify that on March 10, 2025, I electronically filed the foregoing **NOTICE OF REMOVAL TO FEDERAL COURT** on the following by electronically filing it with the Court:

Daniel M. Baczynski
Baczynski Law, PLLC
12339 S. 800 E., Ste 101
Draper, Ut 84020
dan@bskilaw.com

*/s/Dustie Ross*